UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEST PALM BEACH POLICE PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DFC GLOBAL CORP., JEFFREY A. WEISS, and RANDY UNDERWOOD<br><br>Defendants. | Civ. A. No. 13-06731-TON |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Naumon A. Amjed, Esq., on behalf of the Plaintiffs in the above matter.

Dated: November 22, 2013

Respectfully submitted,

KESSLER TOPAZ MELTZER & CHECK, LLP

 /s/ Naumon A. Amjed
Naumon A. Amjed
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone:  (610) 667 7706
Facsimile:  (610) 667 7056
namjed@ktmc.com

*Local Counsel for Proposed Lead Plaintiff, West Palm Beach Police Pension Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send e-mail notification of the filing to all counsel of record.   The document is available for viewing and downloading via the CM/ECF system.

/s/ Naumon A. Amjed
Naumon A. Amjed
