UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEST PALM BEACH POLICE PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DFC GLOBAL CORP., JEFFREY A. WEISS and RANDY UNDERWOOD,<br><br>Defendants. | Civil Action No.: 13-cv-06731 (TON)<br><br>**JURY TRIAL DEMANDED**<br><br>**ELECTRONICALLY FILED** |

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

**WHEREAS,** on November 20, 2013, plaintiff West Palm Beach Police Pension Fund filed a putative class action alleging violations of the federal securities laws;

**WHEREAS,** the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)-(B), provides that not later than 20 days after the date on which the first such complaint is filed, (i) the plaintiff shall publish a notice advertising members of the purported plaintiff class, (ii) that not later than 60 days after the date on which the notice is published any member of the purported class may move the court to serve as lead plaintiff, and (iii) that not later than 90 days after the date on which a notice is published the Court shall appoint the "most adequate plaintiff" as Lead Plaintiff for the class; and

**WHEREAS,** defendants DFC Global Corp., Jeffrey A. Weiss and Randy Underwood waive service of the complaint in this action;

**NOW, THEREFORE,** it is hereby stipulated and agreed, subject to the approval of the Court, as follows:

1. Defendants need not respond to the pending complaint;

2. Within fourteen (14) days after appointment of lead plaintiff(s) and the Court's approval of lead counsel, the parties shall confer and propose to the Court a schedule for the filing of an amended complaint and the filing of any response(s) thereto.

Dated: November 22, 2013

Respectfully submitted,

KESSLER TOPAZ MELTZER & CHECK, LLP
Sean M. Handler
Naumon A. Amjed
280 King of Prussia Road
Radnor, Pennsylvania
610-667-7706

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk
Avi Josefson
1285 Avenue of the Americas
New York, New York 10019
212-554-1400

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Lester R. Hooker
2424 North Federal Highway, Suite 257
Boca Raton, Florida 33431
561-394-3399

*Attorneys for Proposed Lead Plaintiff West Palm Beach Police Pension Fund*

Dated: November 22, 2013

/s/ Jay A. Dubow

**PEPPER HAMILTON LLP**
Jay A. Dubow
Gay Parks Rainville
3000 Two Logan Square
Philadelphia, Pennsylvania 19103-2799
215-981-4000

*Attorneys for Defendants DFC Global Corp.,*
*Jeffrey A. Weiss and Randy Underwood*

**APPROVED AND SO ORDERED**

Nov. 25, 2013

T. N. O'Neill

O'Neill, J.

-3-

#22446227 v1

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 25, 2013, a true and correct copy of the foregoing Stipulation and [Proposed] Scheduling Order was electronically filed with the Clerk of the Court for the Eastern District of Pennsylvania using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

                                                    */s/ Michele C. Zarychta*
                                                    Michele C. Zarychta