IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST PALM BEACH PENSION FUND, on behalf of itself and all others similarly situated, | : : : | |
| Plaintiff, | : : | Civil Action |
| v. | : : | No. 2:13-cv-06731-TON |
| DFC GLOBAL CORP., JEFFREY A. WEISS, and RANDY UNDERWOOD, | : : : | |
| Defendants. | : : | |

**RULE 7.1 DISCLOSURE STATEMENT OF
<u>DEFENDANT DFC GLOBAL CORP.</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant DFC Global Corp. states that it has no parent corporation.  As of September 30, 2013, the only shareholder owning 10% or more of DFC Global's stock is Wellington Management Company LLC.

<u>/s/  *Jay A. Dubow*     </u>
Jay A. Dubow (PA #41741)
Gay Parks Rainville (PA #53192)
Michele C. Zarychta (PA #200743)
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone:  (215) 981-4000
Fax:  (215) 981-4750

Dated:  December 2, 2013          Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2013, a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Defendant DFC Global Corp., was electronically filed with the Clerk of the Court for the Eastern District of Pennsylvania using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's CM/ECF system.


/s/  *Michele C. Zarychta*
Michele C. Zarychta