IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST PALM BEACH PENSION FUND, on behalf of itself and all others similarly situated,<br><br>                            Plaintiff,<br><br>                              v.<br><br>DFC GLOBAL CORP., JEFFREY A. WEISS, and RANDY UNDERWOOD,<br><br>                            Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br>No. 2:13-cv-06731-TON |

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter my appearance on behalf of defendants DFC Global Corp., Jeffrey A. Weiss, and Randy Underwood in the above captioned matter.

                                              /s/  *Gay Parks Rainville*
                                              Gay Parks Rainville (PA #53192)
                                              Pepper Hamilton LLP
                                              3000 Two Logan Square
                                              Eighteenth and Arch Streets
                                              Philadelphia, PA 19103-2799
                                              Telephone:  (215) 981-4000
                                              Fax:  (215) 981-4750

Dated:  December 2, 2013                        Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2013, a true and correct copy of the foregoing Entry of Appearance was electronically filed with the Clerk of the Court for the Eastern District of Pennsylvania using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's CM/ECF system.

/s/  *Michele C. Zarychta*
Michele C. Zarychta