IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST PALM BEACH PENSION FUND, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>DFC GLOBAL CORP., JEFFREY A. WEISS, and RANDY UNDERWOOD,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br>No. 2:13-cv-06731-TON |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of defendants DFC Global Corp., Jeffrey A. Weiss, and Randy Underwood in the above captioned matter.

                    /s/ *Michele C. Zarychta*
                    Michele C. Zarychta (PA #200743)
                    Pepper Hamilton LLP
                    3000 Two Logan Square
                    Eighteenth and Arch Streets
                    Philadelphia, PA 19103-2799
                    Telephone: (215) 981-4000
                    Fax: (215) 981-4750

Dated: December 2, 2013          Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2013, a true and correct copy of the foregoing Entry of Appearance was electronically filed with the Clerk of the Court for the Eastern District of Pennsylvania using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's CM/ECF system.

/s/  *Michele C. Zarychta*
Michele C. Zarychta