IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST PALM BEACH : | | |
| POLICE PENSION FUND, : | CIVIL ACTION | |
| on behalf of itself and all others : | | |
| similarly situated, : | | |
| Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | |
| DFC GLOBAL CORP., et al., : | No. 13-6731 | |
| Defendants. : | | |

**ORDER**

**AND NOW**, this **9th** day of **April, 2014**, upon consideration of the Motion of the Institutional Investor Group for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel, the Motion of Plumbers & Pipefitters National Pension Fund for Appointment as Lead Plaintiff and Approval of Selection of Counsel, the City of Hollywood General Employees' Retirement Fund's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead and Liaison Counsel, and all supporting memoranda, and following oral arguments on the motions on March 25, 2014, and for the reasons provided in this Court's Memorandum dated April 9, 2014, it is hereby **ORDERED** that:

1. The motion of the Institutional Investor Group (Document No. 8) is **GRANTED**.

   a. The Institutional Investor Group, comprised of the West Palm Beach Police Pension Fun, the Arkansas Teachers Retirement System, the Macomb County Employees Retirement System, and the Laborers' District Council and Contractors' Pension Fund of Ohio, is appointed lead plaintiff in this litigation pursuant to the Private Securities Litigation Reform Act.

   b. The Institutional Investor Group's selection of Barrack, Rodos & Bacine

and Bernstein Litowitz Berger & Grossman LLP is approved pursuant to the Private Securities Litigation Reform Act.

2. The motion of the Plumbers & Pipefitters (Document No. 9) is **DENIED**.

3. The motion of the City of Hollywood (Document No. 10) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**