# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WEST PALM BEACH** | : | |
| **POLICE PENSION FUND,** | : | **CIVIL ACTION** |
| **on behalf of itself and all others** | : | |
| **similarly situated,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DFC GLOBAL CORP., et al.,** | : | **No. 13-6731** |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this **16ᵗʰ** day of **June, 2015**, upon consideration of Defendants' Motion to Dismiss Consolidated Class Action Complaint, Underwriter Defendants' Motion to Dismiss Counts III and IV of Plaintiffs' Consolidated Class Action Complaint, Plaintiffs' response thereto, Defendants' replies thereon, all letter briefs filed in support of or against the motions, and for the reasons provided in this Court's Memorandum dated June 16, 2015, it is hereby **ORDERED** that:

1.     Underwriter Defendants' motion (Document No. 63) is **DENIED**.

2.     Defendants' motion (Document No. 64) is **DENIED**.

BY THE COURT:

_____

**Berle M. Schiller, J.**