# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST PALM BEACH | : | |
| POLICE PENSION FUND, | : | CIVIL ACTION |
| on behalf of itself and all others | : | |
| similarly situated, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| DFC GLOBAL CORP., et al., | : | No. 13-6731 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **4th** day of **August, 2016**, upon consideration of Plaintiffs' Motion to Certify Class, the DFC Defendants' Memorandum of Law in Opposition to Lead Plaintiffs' Motion for Class Certification, the Underwriter Defendants' Joinder in the DFC Defendants' Opposition to Lead Plaintiffs' Motion for Class Certification, and all replies filed in this litigation, and for the reasons provided in this Court's Memorandum dated August 4, 2016, it is hereby **ORDERED** that:

1. The motion (Document No. 87) is **GRANTED**.

2. The Court certifies the following class:

All persons or entities who purchased or otherwise acquired common stock issued by DFC Global Corporation ("DFC Global") between January 28, 2011, and February 3, 2014, inclusive ("Class Period"), and were damaged thereby. Included within the Class are persons or entities who purchased shares of DFC Global stock on the open market and/or in a registered public offering on or about April 7, 2011. Excluded from the Class are: (a) Defendants; (b) members of the immediate families of the Individual Defendants; (c) any directors, officers, and partners of DFC Global or the Underwriter Defendants during the Class Period and members of their immediate families; (d) the subsidiaries, parents and affiliates of DFC Global and the Underwriter Defendants; (e) any firm, trust, corporation or other entity in which any Defendant has or had a controlling interest; and (f) the legal representatives, heirs, successors and assigns of any such excluded party.

3.  Lead Plaintiffs, Arkansas Teacher Retirement System, Macomb County Employees Retirement System, and Laborers' District Council Contractors' Pension Fund of Ohio, are hereby appointed as Class Representatives.

4.  Pursuant to Fed. R. Civ. P. 23(g), Barrack, Rodos & Bacine and Bernstein, Litowitz, Berger & Grossmann LLP are hereby appointed as Class Counsel.

BY THE COURT:

_____
**Berle M. Schiller, J.**